**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

IN THE MATTER OF:  Case No. **15-40075-PJS**
 Chapter **13**
**Pavielle Nicole Simmons**  Hon. **Phillip J. Shefferly**

Debtor.

---

### ORDER FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

This matter having been brought before this Honorable Court pursuant to the Motion of the Debtor, through counsel; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this Chapter 13 case is dismissed.

**Signed on February 19, 2016**

 /s/ Phillip J. Shefferly
 Phillip J. Shefferly
 United States Bankruptcy Judge